# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-01144-SB-KS | Date: | May 21, 2022 |
|---|---|---|---|

| Title: | *OCM Globe, Inc. v. Apollo Food International, Inc, et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE re: LACK OF PROSECUTION**

Generally, plaintiffs must serve process on defendants within 90 days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m). This matter was filed on February 18, 2022. Dkt. No. 1. More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for any defendant. Plaintiff is ordered to show cause, in writing, no later than **May 26, 2022**, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing of proofs of service showing that the relevant defendants were served within the 90-day period or a showing of good cause for extending the service period. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.