UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCM GLOBE, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOLLO FOOD INTERNATIONAL, INC. et al., <br><br> Defendants. | Case No. 2:22-cv-01144-SB-KS <br><br> ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    Generally, defendants other than the United States must answer the complaint within 21 days after service. *See* Fed. R. Civ. P. 12(a)(1). On June 16, 2022, Plaintiff filed proof that Defendant A&C Best Food Trading, Inc. was served on May 31, 2022. Dkt. No. 15. A responsive pleading was due on June 21, 2022. None has been filed. Plaintiff timely requested for the Clerk to enter default but has not filed a motion for default judgment. Dkt. No. 21, 22. Plaintiff is ordered to show cause, in writing, no later than August 23, 2022, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of a motion for default judgment. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    Upon the filing of the motion for default judgment, this Order to Show Cause will be automatically discharged without further order. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED

Date: August 16, 2022

                                                                               Hon. Stanley Blumenfeld, Jr.
                                                                               United States District Judge